FILED - USDC - FLMD - OCA
SEP 21 2026 PM1:39

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

STEPHEN SACCOCCIA,

Plaintiff,

v.

5:26-cv-690-JEP-PRL

UNITED STATES OF AMERICA,
FEDERAL BUREAU OF PRISONS,
UNITED STATES DEPARTMENT
OF JUSTICE,

**JURY TRIAL DEMANDED**

Defendants.
_______________________________________/

**MOTION FOR LEAVE TO FILE IN FORMA PAUPERIS; AND, FOR EXTENSION OF TIME TO FILE SUPPORTING DOCUMENTS**

AND NOW COMES the Plaintiff, Stephen Saccoccia, and moves this Court for leave to proceed in forma pauperis and for an extension of time to file the supporting documents for twenty (20) days. It will take Saccoccia time to obtain the prison accounting documents necessary for the actual motion.

Respectfully submitted,

[signature]

Stephen Saccoccia 02596-070
PO Box 1032
Coleman, FL 33521

Stephen Saccoccia
02596 070
Bot 1032
coleMan FL
33561




Clerk
US District court
207 northwest second street
OCALA FL
34475

SCREENED
By USMS