**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**STEPHEN SACCOCCIA,**

**Plaintiff,**

**v.** **Case No: 5:26-cv-690-JEP-PRL**

**UNITED STATES OF AMERICA, et al.,**

**Defendants.**

---

**ORDER**

Plaintiff Stephen Saccoccia, an inmate of the federal penal system, initiated this action by filing a pro se civil complaint. (Doc. 1). Plaintiff has also filed a motion seeking to proceed as a pauper and requesting additional time to file the necessary supporting documents for his motion. (Doc. 2). This Order address the complaint as well as Plaintiff's motion.

**A. Deficient Pleading**

Upon review of the pleading, the Court finds that Plaintiff has failed to adequately set forth his claims. Therefore, Plaintiff is directed to file an amended complaint on the Court's standard form within **21 DAYS** of the date of this Order. The **Clerk** is directed to send Plaintiff a blank civil rights complaint form marked "Amended Complaint."

Plaintiff is advised that the Court requires the use of a civil rights complaint form for cases filed by prisoners. *See* M.D. Fla. R. 6.04(a) ("A pro se person in custody must use the standard form[.]"). The form requires a plaintiff to include detailed information regarding the defendants a plaintiff intends to sue, the plaintiff's litigation history, a statement of the plaintiff's claims and facts, and the relief the plaintiff requests. Here, Plaintiff has neither filed

a complaint on the Court's standard form, nor has he provided the Court with all the information required by the form.

Plaintiff should note that **an amended complaint supersedes the filing of the initial complaint and becomes the operative pleading**. *Krinsk v. SunTrust Banks, Inc.*, 654 F.3d 1194, 1202 (11th Cir. 2011). Thus, Plaintiff's amended complaint must be complete, including all related claims he wishes to raise, and must not refer to the initial complaint. Additionally, any affidavits, supporting documents, or supplements should be included with the amended complaint and marked as exhibits.

**B. Motion to Proceed In Forma Pauperis**

Also before the Court now is Plaintiff's motion to proceed in forma pauperis and extension of time. (Doc. 2). Plaintiff did not use the Court's approved application to proceed in forma pauperis, and by doing so, failed to submit the required financial certificate, prisoner consent form, and six-month institution account statement showing the amount of money or securities in his inmate account for the six-month period immediately preceding the filing of his complaint.

Accordingly, Plaintiff's motion to proceed in forma pauperis (Doc. 2) is **DENIED without prejudice**. Plaintiff's request for additional time to submit the necessary documents is **GRANTED** to the extent that Plaintiff is directed to file a completed application to proceed in forma pauperis, financial certificate, prisoner consent form, and six-month institution account statement within **21 DAYS** of the date of this Order. The **Clerk** is directed to send Plaintiff a blank application to proceed in forma pauperis, financial certificate, and prisoner consent form.

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, this 25th day of September 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies to: Pro Se Party