FILED - USDC - FLMD - OCA
OCT 2 2026 PM1:36

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

STEPHEN SACCOCCIA,

Plaintiff,

V. **5:26-cv-00690-JEP-PRL**

UNITED STATES OF AMERICA,
FEDERAL BUREAU OF PRISONS,
UNITED STATES DEPARTMENT
OF JUSTICE,

**JURY TRIAL DEMANDED**

Defendants.
______________________________/

**NOTICE OF WITHDRAWAL OF FORMA PAUPERIS MOTION**

To the Clerk:

I withdraw my motion for *in forma pauperis* status and enclosed is a Money Order gifted to me. I do not need service copies of the lawsuit as I will have the electronic copies downloaded.

Respectfully submitted,

______________________________
Stephen Saccoccia 02596-070
PO Box 1032
Coleman, FL 33521

Stephen Saccoccia
02596070
PO Box 1032
Coleman, FL 33521




SCREENED
By USMS

Clerk
US District Court
207 Northwest Second St
Ocala, FL 34475